IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOHUMMED SADDEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3059 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL AGENCY, INC., | ) | AMENDED ORDER |
| d/b/a FIRST NATIONAL BANK OF | ) | |
| WAYNE, NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

It has come to the court's attention that the link to filing no. 5 in the court's order dated May 15, 2009 (filing no. 8) is incorrect.

IT THEREFORE HEREBY IS ORDERED:

The order, filing no. 8, is amended as follows:

> Defendant's motion for enlargement of time, filing no. 5 is granted and the deadline to answer or otherwise plead is extended to June 29, 2009.

DATED this 15th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge