IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOHUMMED SADDEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3059 |
| | ) | |
| V. | ) | |
| | ) | |
| FIRST NATIONAL AGENCY, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the parties' joint motion to continue, (filing no. 14), is granted, and the deadline for filing the Rule 26(f) Report of Parties' Planning Conference is extended to July 20, 2009.

DATED this 9th day of July, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge