IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOHUMMED SADDEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3059 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL AGENCY, INC., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties' joint request to reschedule the Pretrial Conference , filing no.26, is granted. The Pretrial Conference is rescheduled and will be held telephonically on March 3, 2010 at 12:00 P.M. Counsel for plaintiff shall place the call.

DATED this 25th day of February, 2010.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge