IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOHUMMED SADDEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3059 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| FIRST NATIONAL AGENCY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The unopposed motion to continue filed by the defendant, (filing no. 32), is granted.

2) The jury trial of this case is set to commence before the Honorable Richard G. Kopf on Tuesday, June 15, 2010. No more than three days are allocated to the trial of this case and counsel shall plan accordingly. This case is set as the first civil case, but is subject to the prior trial of criminal cases.

DATED this 25th day of March, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge